# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                            Case No.: 1:04−cr−00778
                                                                Honorable Samuel Der−Yeghiayan

Witold Osinski, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 22, 2010:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Witold Osinski: Defendant's and Government's joint request to continue sentencing is granted. Sentencing reset to 01/12/11 at 10:00 a.m. Sentencing set for 10/26/10 is stricken. Any objections or corrections to the PSR must be filed in writing with the Clerk of the Court and a courtesy copy provided to chambers on or before 01/05/11. The parties are further given leave until 01/05/11 to submit to the Court any other sentencing position papers. Defendant is now ordered to appear on 01/05/11 at 10:00 a.m. for sentencing. Defendant is warned that failure to appear on 01/05/11 may result in a bench warrant being issued. Conditions of release previously set are to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.