*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 04CR778-1  Assigned/Issued By: MGH

Judge Name: _____  Designated Magistrate Judge: _____

## FEE INFORMATION

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies –_____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

## ISSUANCES

☐ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☑ Citation to Discover Assets   _____
   *(Victim, Against and $ Amount)*
☐ Writ _____   ☐ Other
   (Type of Writ)   _____
   _____
   (Type of issuance)

__1__ Original and __1__ copies on __12/28/11__ as to __ANTHONY TODD__
(Date)
(NO NOTICE - THIRD PARTY) _____

_____